```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

        IN RE:                                    CASE NO. 07 B 19925
           ENZO BERRINI
           MIRTA BERRINI                          CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
                    Debtor
            SSN XXX-XX-7149      SSN XXX-XX-8498
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/26/07 .

2. The case was converted to Chapter 7 without confirmation, 01/15/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CIT GROUP CONSUMER FINAN | CURRENT MORTG | .00 | .00 | .00 |
| CIT GROUP CONSUMER FINAN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| UNITED RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LDG FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| 22ND CENTURY MEDIA | UNSECURED | NOT FILED | .00 | .00 |
| ORLAND FIRE PROTECTION D | UNSECURED | NOT FILED | .00 | .00 |
| A BARR SALES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN BOTTLING CO | UNSECURED | NOT FILED | .00 | .00 |
| CICCONE FOOD PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| TELLER LEVIT & SILVERTRU | UNSECURED | NOT FILED | .00 | .00 |
| BARRY BOOTH DDS MS | UNSECURED | NOT FILED | .00 | .00 |
| MIRAMED REVENUE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| SIMM ASSOCIATES INC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOHN P FRYE | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT SOLUTIONS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NETWORK REAL ESTATE GROU | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| FORD CREDIT | UNSECURED | NOT FILED | .00 | .00 |

```
CHASE MANHATTAN BANK USA UNSECURED         NOT FILED                  .00             .00
HALLMARK SPORTS CLUB LTD UNSECURED         NOT FILED                  .00             .00
RIZZI PROPERTY           UNSECURED         NOT FILED                  .00             .00
       Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED        OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00          .00          .00          .00
PRINCIPAL PAID          .00            .00          .00          .00          .00
INTEREST PAID           .00            .00          .00          .00          .00
TOTAL PAID              .00            .00          .00          .00          .00
The Debtor's attorney, STAVER & GAINSBERG PC         , was allowed $    3500.00
and was paid $     826.00   direct and $       .00   through the plan.

The Trustee received $           .00 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


        Dated: 04/17/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                               PAGE   2
               CASE NO. 07 B 19925 ENZO BERRINI & MIRTA BERRINI